Jeffrey S. Ginsberg (JG 2440)
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

Attorney for Defendants
Boston Scientific Corporation and
Boston Scientific Scimed, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WYETH<br><br>and<br><br>CORDIS CORPORATION<br><br>      Plaintiffs,<br><br>   vs.<br><br>ABBOTT LABORATORIES and ABBOTT CARDIOVASCULAR SYSTEMS, INC.<br><br>   and<br><br>BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC.<br><br>      Defendants. | Civil Action No.<br>3:08-CV-00230-JAP-TJB<br><br>Judge Joel A. Pisano<br>Magistrate Judge Tonianne J. Bongiovanni<br><br>**BOSTON SCIENTIFIC CORPORATION'S AND BOSTON SCIENTIFIC SCIMED, INC.'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**<br><br>*Document Filed Electronically* |

NY01 1554328

2

Defendants Boston Scientific Corporation and Boston Scientific, Inc. respectfully submit the following disclosure statement pursuant to Fed. R. Civ. P. 7.1:

Boston Scientific Corporation does not have a parent corporation, nor is there any publicly held corporation that owns ten percent or more of Boston Scientific Corporation's stock.

Boston Scientific Corporation is the parent corporation of Boston Scientific Scimed, Inc., and no publicly held corporation owns ten percent or more of Boston Scientific Scimed, Inc.'s stock.

Dated: July 10, 2008                By: s/ Jeffrey S. Ginsberg
                                                       Jeffrey S. Ginsberg (JG 2440)
                                                       KENYON & KENYON LLP
                                                       One Broadway
                                                       New York, NY 10004
                                                       (212) 425-7200

                                                       Attorney for Defendants
                                                       Boston Scientific Corporation and
                                                       Boston Scientific Scimed, Inc.

NY01 1554328

**CERTIFICATE OF SERVICE**

    I hereby certify that on the date shown below, I caused copies of the following documents to be served on counsel as follows:

    ELECTRONIC DELIVERY VIA THE CM/ECF SYSTEM:

| | |
|---|---|
| Donald A. Robinson, Esq. | Thomas R. Curtin, Esq. |
| Keith J. Miller, Esq. | George C. Jones, Esq. |
| ROBINSON, WETTRE & MILLER LLC | GRAHAM CURTIN, PA |
| Two Pen Plaza East | 4 Headquarters Plaza |
| Suite 1100 | PO Box 1991 |
| Newark, NJ 07105 | Morristown, NJ 07962 |
| | |
| | Edward A. Mas II, Esq. |
| | James M. Hafertepe, Esq. |
| | Leland G. Hansen, Esq. |
| | Sandra A. Frantzen, Esq. |
| | Merele S. Elliott, Esq. |
| | Christopher J. Bucklo, Esq. |
| | McANDREWS, HELD & MALLOY, LTD. |
| | 500 West Madison Street |
| | Chicago, IL 60661 |

    DOCUMENTS SERVED:

1)  Boston Scientific Corporation's and Boston Scientific Scimed, Inc.'s Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1.

Dated: July 10, 2008        By: s/ Jeffrey S. Ginsberg
                 Jeffrey S. Ginsberg (JG 2440)