## ROBINSON, WETTRE & MILLER LLC
ATTORNEYS AT LAW
ONE NEWARK CENTER, 19ᵀᴴ FLOOR
NEWARK, NEW JERSEY 07102

(973) 690-5400
FAX (973) 466-2760
www.rwmlegal.com

June 25, 2010

**By CM/ECF**
Honorable Joel A. Pisano
United States District Judge
Clarkson S. Fisher Federal Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re: *Wyeth Corp., et al. v. Abbott Laboratories, et al.*
       Civil Action Nos. 08-230 and 08-1021

Dear Judge Pisano:

  This Firm and Sidley Austin LLP represents Plaintiffs Wyeth and Cordis Corporation in the above-referenced patent cases. With the consent of all parties to this proposed schedule change, we request an amendment to the schedule in connection with the Defendants' pending Motion to Bifurcate Damages and Stay Discovery on Damages (Civil Action No. 08-230, Docket No. 162; Civil Action No. 08-1021, Docket No. 131) as follows:

  New deadline for Plaintiffs' Response – June 30, 2010

  New deadline for Defendants' Reply – July 14, 2010

  New return date – July 19, 2010

  All counsel respectfully request entry of an Order effecting these short time changes to the existing schedule. We have included a "So Ordered" provision at the end of this letter in the hope that this proposal is acceptable. We greatly appreciate Your Honor's consideration of this request.

**ROBINSON, WETTRE & MILLER LLC**

Honorable Joel A. Pisano
June 25, 2010
Page 2

                                                      Sincerely,

                                                      Donald A. Robinson

cc:     All Counsel of Record (via CM/ECF)

SO ORDERED this _____ day of _____, 2010

_____
Joel A. Pisano, U.S.D.J.