UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON, NEW JERSEY

| | |
|---|---|
| Chambers of | The Clarkson S. Fisher Bldg., |
| The Honorable Joel A. Pisano | United States Courthouse |
| United States District Judge | 402 East State Street |
| | Trenton, New Jersey 07102 |

**NOTICE OF TRIAL WITH JURY**

The civil action listed below will be tried before Joel A. Pisano, United States District Judge in Courtroom 1 - 3rd Floor, Clarkson S. Fisher Courthouse, Trenton, New Jersey on, **September 12, 2011 at 9:30 a.m.**

Re: Wyeth, et al., vs. Abbott Laboratories, et al.,
Civil Action No. 08-230(JAP)

In order to ensure an expeditious, but efficient trial, the following submissions must be received by the Court not later than:

| | |
|---|---|
| Pretrial motions due: | July 29, 2011 |
| Opposition due: | August 8, 2011 |
| Motion hearing date: | August 22, 2011 at 10:30 a.m. |
| Jury trial set: | September 12, 2011 at 9:30 a.m. |
| (3) Numbered list of exhibits and witnesses due: | September 12, 2011 |

Counsel shall furnish to the Court, fifteen (15) days prior to the date of trial, requests to charge and proposed <u>voire</u> <u>dire</u> questions.

If the case should settle on the day of jury selection, the parties may be required to share the cost of assembling the jury panel. <u>See</u> L.Civ.47.2; <u>Spain vs Gallegos</u>, 26 F.3d 439, (3rd Cir.1994).

William T. Walsh, Clerk
Date: August 18, 2010        By: <u>s/Dana Sledge, Courtroom Deputy</u>

cc: Counsel of record