IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED

SEP ⁻ 8 2010

AT 8:30_____.M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| WYETH and CORDIS CORPORATION<br><br>Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES and ABBOTT CARDIOVASCULAR SYSTEMS, INC. and BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC.,<br><br>Defendants. | Civil Action No. 3:08-CV-00230-JAP-TJB<br><br>Honorable Joel A. Pisano, U.S.D.J.<br>Honorable Tonianne J. Bongiovanni, U.S.M.J.<br><br>***Document Filed Electronically*** |
| WYETH and CORDIS CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>MEDTRONIC, INC. and MEDTRONIC AVE, INC.<br><br>Defendants. | Civil Action No. 3:08-cv-1021 [JAP] [TJB]<br><br>Honorable Joel A. Pisano, U.S.D.J.<br>Honorable Tonianne J. Bongiovanni, U.S.M.J. |

## JOINT CASE MANAGEMENT SCHEDULE

| EVENT | DATE |
|---|---|
| Local Rule 3.8 Disclosures [Advice of Counsel] | September 3, 2010 |
| Last Date to Amend Pleadings | December 6, 2010 |
| Fact Discovery Completion | January 14, 2011 |
| Opening Expert Reports | January 28, 2011 |
| Response Expert Reports | March 11, 2011 |
| Rebuttal Expert Reports | April 1, 2011 |
| Close of Expert Discovery | May 20, 2011 |
| Last Date for Summary Judgment Motions | June 3, 2011[1] |
| Response Summary Judgment Briefs | 3 weeks after Opening Briefs |
| Reply Summary Judgment Briefs | 2 weeks after Response Briefs |
| Last Date for Pretrial Motions | July 29, 2011[2] |
| Opposition to Pretrial Motions | August 8, 2011[2] |
| Pretrial Motion Hearing | August 22, 2011[2]<br>10:30 AM |
| Pretrial Conference | On or about August 22, 2011 |
| Submit Request to Charge and Proposed Voir Dire | August 26, 2011[2] |
| Trial Start Date | September 12, 2011[2]<br>9:30 AM |

*Telephone Conference to be initiated by Plaintiffs*

*December 7, 2010 at 10:30*

[1] The parties agree to meet and confer after the disclosure of expert witnesses to determine if an earlier deadline for summary judgment motions is feasible.

[2] Plaintiffs filed separate cases against Abbott and Boston Scientific (#0230) and against Medtronic and Abbott (#1021), involving different drug-eluting stent systems. Medtronic believes that the cases should be tried separately. Medtronic will request at the appropriate time the opportunity to be heard on the issue of a separate trial.

So Ordered this _7_ day of _September_ , 20 _10_