Case 3:08-cv-00230-JAP-TJB   Document 236-3   Filed 01/12/11   Page 1 of 3 PageID: 9152

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WYEth and CORDIS CORPORATION,<br><br>    Plaintiffs,<br>vs.<br><br>ABBOTT LABORATORIES and ABBOTT CARDIOVASCULAR SYSTEMS INC., and<br><br>BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC.,<br><br>    Defendants. | Civil Action No. 08-230-JAP-TJB<br><br>Judge Joel A. Pisano<br>Magistrate Judge Tonianne J. Bongiovanni<br><br>RECEIVED<br>FEB - 7 2011<br>AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK |
| WYETH and CORDIS CORPORATION,<br><br>    Plaintiffs,<br>vs.<br><br>MEDTRONIC, INC. and MEDTRONIC AVE, INC., and<br><br>ABBOTT LABORATORIES and ABBOTT CARDIOVASCULAR SYSTEMS INC.,<br><br>    Defendants. | Civil Action No. 08-1021-JAP-TJB<br><br>Judge Joel A. Pisano<br>Magistrate Judge Tonianne J. Bongiovanni |

## ORDER TO SEAL

THIS MATTER having been opened to the Court upon the motion of defendants Abbott Laboratories and Abbott Cardiovascular Systems, Inc. ("Abbott") and Medtronic, Inc. and Medtronic AVE, Inc. ("Medtronic") for entry of an Order pursuant to L.CIV.R. 5.3(c) sealing portions of Abbott's and Medtronic's Reply in Support of their Motion for Leave to File Amended Answers to Add Inequitable Conduct Defenses and Counterclaims as well as Exhibit S and T to the Certification of George C. Jones submitted therewith, and good cause appearing, the

1128670_1

Case 3:08-cv-00230-JAP-TJB   Document 236-3   Filed 01/12/11   Page 2 of 3 PageID: 9153

Court makes the following Findings of Fact and Conclusions of Law and issues the following Order To Seal.

1. The Court finds that there is a Stipulation and Protective Order, entered by the Court on May 4, 2009, providing for the confidential treatment of certain sensitive business information produced in the litigation that is designated as "Highly Confidential" or "Confidential" by the producing party.

2. The Court finds that the documents sought to be sealed contain or reference and discuss sensitive business information designated as "Confidential" or "Highly Confidential" by Plaintiffs or Third Parties.

4. The Court agrees that the information sought to be sealed appears to contain sensitive business information that is not known by the general public.

5. The Court further finds that revealing to the public and the parties' competitors the sensitive business information sought to be sealed would injure the parties' business interests.

6. The public and private interests in not having the information contained in Plaintiffs' and Third Parties' materials made generally available to the public and to others in the medical device industry outweighs any conflicting public interest in disclosure. Under the test set forth by the court in *Pansy v. Borough of Stroudsburg*, 23 F.3d 772 (3d Cir. 1994), this Court therefore determines that the confidential documents that are the subject of Defendants' Motion To Seal should remain under seal.

~~Case 3:08-cv-00230-JAP-TJB   Document 236-3   Filed 01/12/11   Page 3 of 3 PageID: 9154~~

## ORDER

Pursuant to the foregoing Findings of Fact and Conclusions of Law, IT IS HEREBY ORDERED that the redacted portions of Abbott's and Medtronic's Reply in Support of their Motion for Leave to File Amended Answers to Add Inequitable Conduct Defenses and Counterclaims as well as Exhibits S and T to the Certification of George C. Jones submitted with Abbott's and Medtronic's Reply be and remain SEALED in accordance with and pursuant to the provisions of L.CIV.R. 5.3(c).

**SO ORDERED:**

This __7th__ day of __February__, 2011

*It is further ORDERED that the Clerk of the Court terminate this Motion [Docket Entry No. 236] accordingly.*

_____
**HON. TONIANNE J. BONGIOVANNI**
United States Magistrate Judge

1128670_1